*It Works Marketing, Inc. v. Melaleuca Inc.*
*U.S.D.C., M.D. Fla., Tampa Div.*

**EXHIBIT INDEX TO COMPLAINT**

| Exhibit No. | Exhibit |
|---|---|
| 1. | It Works! Distributor Agreement |
| 2. | Hoerner Text Message |
| 3. | FTC Warning Letter to Melaleuca |
| 4. Part A | Melaleuca July Leadership in Action Magazine Digital Copy Pages 1-15 |
| 4. Part B | Melaleuca July Leadership in Action Magazine Digital Copy Pages 16-24 |
| 4. Part C | Melaleuca July Leadership in Action Magazine Digital Copy Pages 25-38 |
| 4. Part D | Melaleuca July Leadership in Action Magazine Digital Copy Pages 39-56 |
| 5. | Melaleuca Building Your Business Guidelines |
| 6. | Melaleuca ends contract with sales rep. after FTC warning - Idaho Statesman |
| 7. | Olive Check |
| 8. | It Works! Cease & Desist Letter to Ashley Olive 9.25.18 |
| 9. | Olive Pay Statement |
| 10. | Schultz Check |
| 11. | Kaufman Income Statement |
| 12. | McWhorter Text Message |
| 13. | Sykes Income Statement |
| 14. | Kim Bertolucci Check and McCauley Income Statement |
| 15. | Check Opening Zoom Party Invite |

14521300v1