**Amber Hoerner**

Hey Karen, I hope you are doing well. I'm not sure if you are still doing It Works, and if you are if you ever found the success you worked for for all those years. That was the reason I left because I was tired of seeing my team struggle & I'm so happy I found a safe place where people truly win. Do you remember my friend Jenn that did It Works with me for 2 years? Her highest check was $900 ONE time. She consistently enrolled 10-20 customers monthly and could never get ahead. She doesn't even enroll that many here and this is what she's been able to do:



EXHIBIT 2