SO MANY ADVANCEMENTS THEY COULDN'T FIT—AGAIN! SEE ACCOMPANYING ADVANCEMENT EDITION!

# Melaleuca
# LEADERSHIP IN ACTION

JULY 2020 | USA 🇺🇸

| BUILDING YOUR BUSINESS |



2020
## Marketing Executives of the Year

NATIONAL DIRECTORS 9
ART & KIMBERLY MCCAULEY

ENHANCING THE LIVES OF THOSE WE TOUCH®    Melaleuca.com/LIA



# Total Wellness— a Concept of Happiness

A MESSAGE FROM CEO **FRANK VANDERSLOOT**

As Melaleuca grows, it becomes increasingly more evident that we have only scratched the surface as to what our true potential is in regard to changing people's lives or, more accurately stated, helping people change their own lives.

On almost a daily basis, I hear the statement, "Melaleuca has really changed my life." I know what they mean and I love hearing the stories of how their lives have changed, but in truth, Melaleuca has never changed anyone's life. At best, we have created an environment where people have been able to change their own lives. And it truly is a wonderful thing to be a part of.

It's because of the many changes in lives that we hear about on a consistent basis that we decided to start calling ourselves Melaleuca: The Wellness Company®. First, because of all the stories we hear about how our products have helped people improve their health and live longer and more vibrant lives. And second, because of the financial prosperity that comes from building and growing a Melaleuca business.

It's important that as these stories are told, that they be told without exaggeration and without hype. In their simplest and most basic form, many of these stories are awe-inspiring and nothing short of phenomenal.

As our product line has developed and improved over the years, we have observed stories of improvements in both physical health and financial wealth. And those stories are becoming more and more exciting and impressive

> **As human beings, we are all seeking happiness and fulfillment in our lives. It's strange where we look for happiness sometimes. Often, people find destruction and despair exactly where they expected to find happiness.**

With the *Peak Performance Pack*, we have the opportunity to make a bigger impact on the health of our customers than ever before. And, as you hear what is happening in people's lives, it is difficult not to be impressed. In most instances, hearing of others' success inspires healthy activities by those who want to achieve the same success. That is usually a good thing, as long as we learn to maintain balance in our lives.

As the financial achievements of our most successful leaders have become known to others, we have become aware that the financial success of these leaders has become almost overwhelming for some to contemplate and to seek after. Focusing solely on financial success is where we believe that things can quickly get out of balance.

As human beings, we are all seeking happiness and fulfillment in our lives. It's strange where we look for happiness sometimes. Often, people find destruction and despair exactly where they expected to find happiness. I feel society often sends us seeking happiness in the wrong

places. Sex, popularity, celebrities, movie stars, skinny bodies, fancy clothes, big houses, alcohol, money, personal possessions, and riches are all things that society leads us to believe that if we had them or could become them, we would be immensely happy. Deep inside, we know those concepts and messages are false, yet we still seek after those things. It's weird but undeniably true. We seek happiness in places we know we will not find it!

It's the money or "riches" part of this scenario that I feel is our responsibility to address. Because the financial opportunity that we provide is so immensely successful for so many, I think we need to stop a minute and remind ourselves and everyone around us that money will not make us happy, nor will it fix all of our problems. In fact, having a lot of money will only create more problems if we are not careful.

True happiness, peace of mind, and joy come from other things besides money. I do not want to downplay the benefits of prosperity. Prosperity brings a whole lot of blessings, but prosperity, in itself, will not bring happiness. When people look to us for money, I think it is our responsibility to say, "We can introduce you to the world's best products that have a wide appeal to customers, and it's these customers' purchases that create the world's best opportunity to make money. But you will not find happiness from the financial opportunity unless you develop the other areas of wellness in your life." That' why Melaleuca advocates "total wellness." That means wellness in every aspect of your life.

It's been my experience that we find true happiness only as it relates to our own inner growth. We find happiness in gaining knowledge and learning. And we find happiness in creating things and making a contribution to others. In truth, we gain a lot more from giving than receiving. So when society tells people that they will find happiness by achieving prosperity, and they learn that the most sure and successful way to prosperity is Melaleuca, I feel it is our responsibility to not deceive them into thinking they will find happiness in prosperity by itself.

We can indeed help them with prosperity, and prosperity will help with a lot of their problems. But as we put our efforts into building prosperity, it can get so exciting that we can easily get out of balance. It is important to remind ourselves that prosperity is only part of the picture. True happiness comes from achieving total wellness—wellness in all aspects of our lives, including physical wellness, personal wellness, environmental wellness, and financial wellness. Our relationships with our family and our friends deserve a substantial investment of time and effort as well as our intellectual, emotional, and physical development. It's a lot to deal with, but with society sending us to seek happiness where we will never find it, we all need a reminder once in a while.

I anticipate that as our financial success continues to grow beyond our expectations, we will continually need to remind ourselves where happiness really comes from. Perhaps a reminder once in a while will help keep us in balance.

Sincerely,

*Frank VanderSloot*

 @FLVanderSloot



Presidential Directors
**Maureen & Jeff Miller**



Corporate Directors 6
**Aaron & Erin Clark**



National Directors 9
**Art & Kimberly McCauley**



National Directors 9
**Steve & Jennifer Morgan**



Executive Directors 6
**Jason & Shawna Lambert**



Executive Directors 9
**Kristin & Kristian Hoenicke**



National Directors 5
**Jen & John Sebbas**



National Directors 7
**Suzy & Steve Maier**




Executive Directors 9
**Graham & Courtney Martin**



National Directors 7
**Seville & Rachaell Ko**



National Directors
**Makenzie & Steven Schultz**



Executive Directors 9
**Tanya & Neil Hagre**



Executive Director 9
**Melinda Lough**



Executive Directors 9
**Doug & Sabrina Ellis**



National Directors
**Lisa & Greg Carter**



National Directors
**Bonnie & Jeff Wright**

### Presenting the President's Club Earners for 2020!
Although they weren't able to share the same stage, the energy and excitement of achieving President's Club could not be dimmed. Only the 14 highest-performing businesses, along with advancing Corporate and Presidential Directors honored at Virtual Convention 2020, can qualify for this coveted award. They represent the hardworking leadership who not only believe in themselves but instill belief in everyone around them. Together they will celebrate their success, strengthen friendships, and share advice as they enjoy an unforgettable, world-class trip with members of Melaleuca management.

These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.





PAGE 14

## 2020 Marketing Executives of the Year
### Kimberly and Art McCauley

# CONTENTS

JULY 2020

**Meet Our 2020 Marketing Executives of the Year** ............... **14**

National Directors 9 Kimberly and Art McCauley know firsthand how Melaleuca can transform lives. Learn how their Melaleuca journey helped them change lives and earn Marketing Executives of the Year.

**STORIES:**

Maria Mosca: How to Grow Your Business with Your Contact List ........ **23**

A Bedtime Story with RestEZ ............. **32**

New Sei Bella® Vitamin C Collection **34**

PURE™ Blue Heat Roll-On Massage Helps You Make a Comeback ............ **40**



Melaleuca is experiencing incredible growth—which means we had so many advancements we couldn't fit them in our regular July 2020 *Leadership in Action* magazine! An incredible 64 businesses advanced to Executive Director and above! See the accompanying advancement edition to learn from these high-achieving leaders, including our new Corporate Directors 6 Erin and Aaron Clark.



### SENIOR VICE PRESIDENT OF SALES DARRIN JOHNSON

When short-term motivation isn't enough to help you reach your goals, it's time to pick up some inspiration instead!

PAGE
**10**



### GETTING STARTED AS YOU BUILD YOUR BUSINESS

Finding all the valuable resources for success at Melaleuca is just a click away. Learn more about how the Getting Started section on Melaleuca.com can help you at any stage of your business.

PAGE
**29**



### ACCESS®: THE POWER TO BURN FAT FASTER

When your body's natural processes stop your ability to burn fat, use *Access* to take off the brakes! Find out how Dr. Larry Wang developed the revolutionary formula in *Access* to help others reach their weight loss goals.

PAGE
**38**

VISIT MELALEUCA.COM FOR MORE INFORMATION      

TEAM, WHAT DID WE LEARN?

# GETTING THE MOST OUT OF THIS ISSUE

*Leadership in Action* is more than reading material—it's an empowering development tool for you and your team! After reading this issue, turn education into action. Below you'll find questions that you can ask yourself or use to engage your team in discussions to help everyone reach their goals.

## TOPICS FOR THOUGHT

### EXECUTIVE MESSAGES

Prosperity does not equal happiness! As you read Frank's message this month, take time to reflect on what truly makes you happy. Explore what Frank's idea of having total wellness means to you, and identify areas of wellness you can improve.

If you're struggling to find motivation, seek for inspiration! Follow Darrin's advice to answer his inspirational questions and write down your goals. Share your answers with your team or an accountability partner.

### ››MAIN MESSAGE

There's no doubt about it—National Director 9 Kimberly McCauley knows how to leverage all the tools at Melaleuca to create a successful business and help others. What habits does she have that you could implement? Share your ideas with an accountability partner.

### ››BUSINESS COACHING AND MINDSET

Your contact list is the life of your business! In the article on page 23, National Director 7 Maria Mosca shares tips for creating a healthy contact list. Share her advice in your next Strategy Session.

Whether you're new to Melaleuca or you're helping a new business builder, use Getting Started on Melaleuca.com to help your reach your goals. Use this resource in your next Strategy Session.

### ››PRODUCT EDUCATION AND WELLNESS

Catching Zs with the help of *RestEZ* is now better than ever! Share what you learn about the new triple-action *RestEZ* formula on page 32 with your team.

The next time you share *Sei Bella Skin Care* with someone, use the article on page 34 to share how the new *Vitamin C Collection* can improve the appearance of their skin.

The groundbreaking technology of *Access* has helped many burn fat faster and reach their weight loss goals. Use the article on page 38 in your next team meeting to help others understand the exclusive science behind *Access*.

Soothe aches and pains with *PURE Blue Heat Roll-On Muscle Massage*. Learn the benefits of this new product from National Director 9 Jason Paulin and share what you learn with your team.

## NOTES

## QUESTION OF THE MONTH

How are you staying accountable and consistent this summer? Share your ideas with us at **LIA@melaleuca.com.**



A Bedtime Story with RestEZ

PAGE **32**

MAY 2020

# EXECUTIVE LEADERSHIP COUNCIL





**1**

**Erin & Aaron Clark**
MISSOURI

MELALEUCA LIFETIME EARNINGS:
$3,805,539



**2**

**Kimberly & Edward Satterwhite**
GEORGIA

MELALEUCA LIFETIME EARNINGS:
$1,016,503



**3**

**Art & Kimberly McCauley**
IDAHO

MELALEUCA LIFETIME EARNINGS:
$1,678,275



**4**

**Rachaell & Seville Ko**
KANSAS

MELALEUCA LIFETIME EARNINGS:
$1,045,138



**5**

**Adrienne & Michael Sifontes**
GEORGIA

MELALEUCA LIFETIME EARNINGS:
$1,365,341



**6**

**Jefferson Green**
GEORGIA

MELALEUCA LIFETIME EARNINGS:
$3,576,988



**7**

**Rainbow Lackey**
ARIZONA

MELALEUCA LIFETIME EARNINGS:
$834,105



**8**

**Sean & Geneveve Sykes**
FLORIDA

MELALEUCA LIFETIME EARNINGS:
$510,879

All Executive Leadership Council (ELC) calculations are based on Preferred Member growth from US and Canadian customers only.

These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.

The Executive Leadership Council is composed of the top Presidential, Corporate, National, or Executive Director businesses with the highest contribution index and a current Monthly Retention Index (MRI) of 50% or more. The contribution index is the product of the net increase in an organization's Preferred Members during the prior 60 days, multiplied by the number of each Presidential, Corporate, National, or Executive Director's **Personal Enrollee Advancement Factor** (the same factor found within President's Club criteria). Council membership is reviewed monthly. At least five positions are reserved for Masters.



### 9
**Makenzie & Steven Schultz**
IOWA

MELALEUCA LIFETIME EARNINGS:
$611,115



### 10
**Vincent Ferrazzano**
GEORGIA

MELALEUCA LIFETIME EARNINGS:
$748,066



### 11
**Ashley & Brandon Olive**
TEXAS

MELALEUCA LIFETIME EARNINGS:
$1,207,120



### 12 MASTERS
**Jeff & Maureen Miller**
FLORIDA

MELALEUCA LIFETIME EARNINGS:
$24,846,576



### 13 MASTERS
**Jen & John Sebbas**
MICHIGAN

MELALEUCA LIFETIME EARNINGS:
$1,797,656



### 14 MASTERS
**Michael Ivery**
TEXAS

MELALEUCA LIFETIME EARNINGS:
$1,858,151



### 15 MASTERS
**Teresa & Ed Bestoso**
FLORIDA

MELALEUCA LIFETIME EARNINGS:
$50,478,855



### 16 MASTERS
**Yeison Ramirez**
FLORIDA

MELALEUCA LIFETIME EARNINGS:
$2,488,561

Masters are those Executive, National, Corporate, and Presidential Directors who have been Senior Directors or above for five or more years.

# LIVE INSPIRED



**DARRIN JOHNSON**
Senior VP of Sales

🐦 @darrinToGo
📷 @darrinjohnson1

As leaders, isn't one of our biggest challenges to keep our teams motivated? We are bombarded with an overwhelming amount of data and distractions. To keep motivated, we create short-term rewards to keep motivation high. At Melaleuca, we offer monthly promotions and Compensation Plan bonuses to reward the desired behaviors and to keep our teams motivated.

But if we're honest with ourselves, isn't staying motivated as a leader one of the biggest challenges we face too?

Maybe there's a better way. Instead of putting all of our mental and physical resources into finding *motivation,* what if we focused on *inspiration*?

Here's the difference: Motivation rewards external behavior and outcomes. Motivational speeches and presentations help us feel intense emotional motivation in the moment, but they rarely result in any long-term behavioral change. When I was vice president of medical sales for a Fortune 100 pharmaceutical company, I invited numerous motivational speakers to speak at our annual national sales meetings. Unfortunately, I never saw any change in behavior as a result of any of the motivational speeches. Dozens of published social-science research confirmed what I experienced: **motivation is, at best, short term and fleeting.**





Inspiration, on the other hand, taps into an internal drive that can only be described as "grit." Inspiration reaches into our soul and influences our decisions—and often we are completely unaware that it's happening. As leaders, we can change even more lives when we help others feel inspired. When we are inspired, we act because we feel a deep connection to the end result. When we are inspired, we find the courage to move even when our comfort zone is begging us to stay still.

Finding inspiration is becoming more demanding thanks to advancements in technology. We've never communicated with more speed, and we've never processed more information in human history. But more information means more distractions. As a result, we're losing the chance to think on a deeper level, the kind of level that leads to true inspiration. In my role at Melaleuca, I often think about what could be accomplished if leaders like you lived more inspired lives.

What if you could have more inspiration in your life? What if you could lead a team that was driven to do more? How can you begin to find goals that genuinely inspire you? **It's simple— write them down.**

At Melaleuca's virtual Convention a few weeks ago, we had a power-packed agenda addressing how Melaleuca products and our incomparable Compensation Plan change lives. However, for me, the most powerful moment of the event was when we asked attendees to write down their answers to four simple yet profound questions.

And even though we are surrounded by more digital technology than ever, we encouraged participants to take a pen and a piece of paper and write. We promised that when they took this one simple step, they would have a personalized game plan that could transform their businesses and their lives.

Continued >>

## Better Habits

I happened to love this part of our Convention because of the overwhelming social-science research that exists backing up the remarkable power of writing down the answers to these four questions:

1. What is your goal?

2. Why is your goal so important to you?

3. What actions will you take consistently to reach your goal?

4. Who is your accountability partner?

# Writing about Your Goal Changes You

Research by Virginia Berninger, a professor at the University of Washington, shows that writing by hand (especially in cursive) activates large sections of the brain. In contrast, typing or texting enables only one part of the brain. Handwriting forces your mind to slow down and exert more effort to truly understand the concept being expressed. Psychologist Daniel Oppenheimer says that when we write, we are sending a signal to the brain of its importance, which accentuates the inspiration process.

Writing down your goals also gives your subconscious brain the space to connect the dots between your goals and the habits you need to develop to reach them. Because you're inspired, you're more apt to be "in the zone" as you're taking the steps needed to reach your desired outcome.

In the Melaleuca Enhancing Lives Facebook group, hundreds of Marketing Executives were courageous enough to post pictures of the four questions posed at Convention 2020 and their answers. See if you can notice how the power in the handwritten answers transcends anything you might find in a digital document. These game plans stir the soul and foster true inspiration in ways a digital report simply can't do.

Director 6
**ASHELIE SKALICKY**

Director
**JANET MORRISON**



Results vary. For typical results, please consult the Annual Income Statistics on page 52.



## Here's My Challenge to You

Over the next 30 days, practice keeping a journal. Write in it morning and night. Keep a log of your thoughts and ideas during the day. At least every 90 days, write down your answers to the four questions listed on the opening spread of this article. When you do, enjoy how your brain helps you find true inspiration that awakens your drive to take actions.

It's time to live inspired!

*Director 9*
## MEGAN SCHIEMER

> 5-15-20
> ~ 90 Day Goal = EXECUTIVE
>
> ~ This goal is important to me for several reasons. I want to allow the Lord to use me to impact and change as many lives as possible. I want to help as many people as I can, reach their goals. I want to prove to myself and others that this really is for the "Little Guy" and anyone that chooses to, truly can do this!
> I also want to help my family get 100% out of debt and help take as much of the financial load off my husband as possible. He has worked so hard to provide for us and is the most selfless person I know. I want him to be able to retire early and do this w/ me. I want to finally be able to buy him his dream bike ~ the only thing he ever asks for! To do that for him would be priceless.
> Lastly, I want to leave a legacy for my children!
>
> ~ Specific Business Building Activities
> • Build relationships (truly get to know people and how I can help them)
> • approach people about the product
> • set appointments/share overview/enroll
> • personal development
> • teach my team how to do the same thing
> • RINSE AND REPEAT CONSISTENTLY
>
> ~ My accountability partner is RR ♥





# 2020
## Marketing Executives of the Year



### ART & KIMBERLY MCCAULEY

Maybe it's her tough, can-do attitude. Maybe it's her relentless work ethic and honest feedback. Or maybe it's because behind the neon-pink hair and no-excuses expectations, National Director 9 Kimberly McCauley cares deeply for the success of everyone on her team. Whether you're looking at her tenacious work ethic or her big heart for helping others, it's clear that Kimberly deserves to be the 2020 Marketing Executive of the Year.

*"It's been an honor to be Kim's enroller. She's done a ton of growing. I think that she wanted Marketing Executive of the Year more than anything just to prove that she could do it. And I think that by doing so she shatters a lot of ceilings to prove to other people that they can do it too. She's one in a million and I'm so proud of her!"*

—Corporate Director 6 **Erin Clark**