## Humble Beginnings

If you were to join one of Kimberly McCauley's working video calls today, it would look like leading a team of hundreds of businesses comes easy to her. While she has a well-established routine today, it wasn't always that way. In fact, if you look into her past far enough, Kimberly never dreamed she would be doing something like building a Melaleuca business at all.

Kimberly's road to Melaleuca started in her home town of Napa, California, where she was working as a dialysis technician at a local clinic. Wanting to expand her skills in the medical world, Kimberly applied for a newly opened biomedical position at the clinic. She was devastated when the position was given to a brand-new hire—a recently-graduated biomedical engineer. His name was Art McCauley.

And while Kimberly wasn't wild about him taking the position she wanted, Art quickly became close to her heart. Before they knew it, Kimberly and Art were committed to each other and to building their own version of the American Dream. And like most couples in their 20s, they started at the bottom, ready to work hard raising kids and providing a loving, stable home for them. They spent a year living in the converted garage of Kimberly's father's home. And when they brought their first daughter, Ella, home from the hospital, they put her crib in their empty closet, which Art had painted pink.

Then Art got an offer for his dream job, and they moved their small family to Sacramento when Kimberly was pregnant with their second daughter, Maxine. While Art worked long hours at the hospital, Kimberly accepted a traveling medical device sales position, leaving Ella in the care of Art's mom or a babysitter five days a week.

When Kimberly went back to work just six weeks after Maxine was born, everything that the McCauley's wanted seemed to be in reach. They had purchased their first home. They drove nice cars. They were both successful at their jobs. But like many American families, this comfortable life had been built upon the sandy foundation of mortgages, student loans, car payments, and credit cards. And all it took was one unexpected challenge for their life to crumble around them.

> "Kimberly is such a life changer! She's a total inspiration and just so awesome. She helps us so much by giving us the tools to help ourselves become better people. But the biggest thing is that you can tell she really cares about helping other people to achieve what they can—you just have to work hard, just as she shows us every day."
>
> —Director 3 **Liz Favela**



These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.

EXHIBIT 4 - PART B



## Family Is Most Important

A discovery at a typical family barbecue changed the trajectory of the McCauley's lives forever. While one-year-old Maxine enjoyed a carefree evening running around in just her diaper, they noticed there was something terribly wrong with her backbone. The next day she was diagnosed with progressive infantile idiopathic scoliosis—a rare, life-threatening spinal condition that had already progressed to a 55-degree curve in Maxine's spine.

The suggested treatment? Major surgery and a full body cast from Maxine's shoulders to her hips. By the time she had her first cast, her curve was at nearly 90 degrees. For the next three years, Maxine spent her life in a cast, with only a 12-hour break every 8–10 weeks before getting her new cast.

"It was such a crazy, hard time for us," Kimberly says. "I look back on it and think, 'Did we actually live through that? Did that really happen?' We were barely earning enough to make ends meet as it was. And then with medical expenses—which weren't always covered by insurance—things just really snowballed and got out of control."

Kimberly was forced to leave her job to care for Maxine and Ella while Art continued to work at the hospital. As they drove between Sacramento and Salt Lake City for Ella's treatments, the McCauleys were focused on finding ways to spend as much time as possible with a cast-free Maxine.

"Those drives always consisted of worrying about the unknown," Art remembers. "And always the night before her new cast was put on, we'd take the time to snuggle with her. Once about every two months, bath time was a big deal because we normally couldn't do that! We would really soak in those moments before showing up Monday morning when they would put her under anesthesia and wrap her up for the next two months."

Because spending time without Maxine's cast was so important to the McCauleys, Art quickly used up his paid time off so they could all travel as a family. When that ran out, he took the days off unpaid, further exacerbating their desperate financial circumstances. Desperate to make an income while staying home with Maxine, Kimberly sought home-based work. Just a couple months after starting with an MLM, her efforts resulted in a $10,000 inventory of unsold product in her home as the company became embroiled in a pyramid scheme lawsuit.

*"I admire Kimberly's dedication to her team. No matter how busy she is, she always finds the time for everyone. I don't know how she finds the time between video calls, moving, babies, and her adoption—she's just magical! She doesn't think she is, but she is!"*

—Senior Director 2 **Stephanie Shuman**

## Finding Melaleuca

Then Kimberly met Corporate Director 6 Erin Clark through social media. Neither were aware of Melaleuca at the time. Six weeks later, Erin was introduced to Melaleuca by National Director 3 Madra Jones. Erin then explained Consumer Direct Marketing® and the Melaleuca shopping club to an unsure Kimberly. "I wasn't a highly networked person," Kimberly explains. "I was just a mom."

At the time, she was planning a garage sale of her leftover MLM inventory, willing to take pennies on the dollar and hoping to make enough to pay the school tuition for her oldest daughter, Ella, and have a little left over for groceries. During her garage sale, she listened to a virtual Melaleuca Overiew presented by Executive Director 9 Klinton Keller. By the end of the day she had placed her first order.

Then Kimberly picked up the phone. "All my friends were moms, so I just picked up the phone and started calling other moms!" Right away, Kimberly's business took off.

"I'll never forget opening up that first check," Kimberly says. "We were so desperate for additional income that our first check felt like the equivalent of a million dollars to us."

"I couldn't believe it," Art adds. "I remember thinking, 'Well, we will see if they pay us again next month!' And they did!"

Just two months after enrolling, Kimberly had speedily advanced to Senior Director. And by the time she attended February 2018 Road to Executive Director eight months after enrolling, she had already advanced to Senior Director 9.

## Turning a Corner

Those days at Road to Executive Director became a pivotal moment in Kimberly's business—a hinge point where the door to possibilities with Melaleuca was thrown wide open and she could finally believe that Melaleuca wouldn't pull the rug out from under her.

Kimberly approached Road to Executive Director cautiously, knowing that because of their unusually rapid growth there were some who were skeptical of her and her team. She knew that between her pink hair and her focus on building businesses online, she still didn't quite fit into the Melaleuca culture. But she wanted to prove, not only to herself but to everyone, that she and her team were capable of building strong businesses.

"I remember feeling like other builders were a bit skeptical of my team because of how fast we were moving and the fact that we were using social media to help build our business," Kimberly explains. "And that made me put my fists up a little bit like I was going to need to defend my team. But then National Director 9 Brooke Paulin spoke about not taking shortcuts—and I remember her talking about how consistent her residual income was and I just couldn't believe it!

"I called my best friend Executive Director 6 Shawna Lambert during a break



"Shawna is my best friend, and I remember calling her about Melaleuca and saying, 'What I'm looking at, we can help a lot of people with this,'" Kimberly says. "'If we can do this right, we can affect a lot of change.' Though she said *no* at first, that's what eventually got her to enroll. Because of Melaleuca, we've been able to change a lot of lives and help with a lot of causes we are passionate about—like helping children who are sick and hospitalized."

> "Kimberly outworks everybody—even when pregnant, moving, and going through an adoption. She never makes excuses, so she doesn't really accept excuses from other people either. She never asks anyone to do something that she's not willing to do. She genuinely, truly wants to see everybody else reach their goals. That's why she continues to do this. She doesn't really have to work as hard as she does, but her life has been so dramatically changed and she wants that for everybody else."
>
> —Executive Director 6 **Shawna Lambert**

> *"Kimberly looks out for the little guy. She will outwork you, challenge you, inspire you, and hold you accountable. She doesn't sugarcoat anything. You get the truth, the hard truth, because that's what helps you succeed. I'm so excited for Kim. She absolutely earned this by changing my life and the lives of my entire team."*
>
> —Executive Director 6
> **Amber Springer**

and said, 'We are going to build this business right and trust in Melaleuca's processes.' That's when my business changed forever. I finally truly believed in businesses that could last a lifetime."

As Kimberly toured Melaleuca global headquarters and connected with the corporate employees and other Marketing Executives, her attitude softened. She was surprised by the warmth and kindness she was shown and especially loved that her Regional Coach Jeff Putnam held her newborn baby, Johnny, so she could eat lunch. Throughout the event, her belief in the integrity and stability of Melaleuca skyrocketed. She left Road to Executive Director ready to form new habits, more fully align her business with Melaleuca's policies, and consistently do the Seven Critical Business-Building Activities.

"At the time I enrolled, I just needed a lifeboat," Kimberly remembers. "I was literally drowning in our circumstances. I was the person going underwater, putting a thumbs up like everything was fine when it wasn't. I couldn't think past what my own family needed—and that's why I didn't fully understand or have confidence in Melaleuca at first. But now I get it. Now I know how amazing Melaleuca is and what you can do with your life if you build this business the right way."

## Kimberly's Top Business-Building Tips

Kimberly's best advice for building a strong business is based on one main idea: build your business the right way. "I'm always very honest with my teammates," Kimberly says. "I don't accept excuses—either you're going to get with the culture of Melaleuca and you're going to understand what we're really about, or you're going to get off the boat. Because there is too much to protect here and there are too many lives to be changed."

### Stay Consistent

Kimberly is the first to admit that her rapid advancement is not the normal pace of most Melaleuca businesses. She knows that many of the strongest businesses are built slowly and steadily with a commitment to consistency.

"I've had so many business partners who show up every day—even if it was just for a little bit of that day—and do it consistently over a long period of time who have become successful," Kimberly explains. "There's no guarantee of success here, but I do know this business is all about muscle memory."

### Follow the Seven Critical Business-Building Activities

If you join any team video call, it's a guarantee that Kimberly will be talking about the Seven Critical Business-Building Activities. You will find her constantly coaching her team on making better approaches, remembering to follow up, and adding to their contact lists. And because her teammates live all across the United States, she loves that Melaleuca created QuickShare PRO to make presenting *Melaleuca: An Overview* online so much easier. Plus, it helps ensure that every new customer experiences a quality presentation!

### Set Realistic Goals

Setting and achieving goals is extremely important to Kimberly and her team. That's why they have "dream board parties" to set goals together. Kimberly has accomplished everything she's put on her dream boards since enrolling—all five of them! While she makes a point to set goals that take her out of her comfort zone, she also keeps them realistic. Coming out of Virtual Convention 2020 and having a newborn baby, she set a really simple goal: get back on her regular schedule!





"During those days with her cast, Maxine couldn't go outside and she couldn't run in the sprinklers," Kimberly remembers. "She couldn't play like normal. We had to get really creative with stuff that we could do that was inside the house. I love that today she can run and play like most other six-year-olds!"

*"Kimberly has an amazing work ethic that pushes our team to be the very best that we can be. She believes in every person on this team. She is consistently trying to motivate, encourage, and give us the tools we need to be successful. She's very open, honest, and truthful—never beating around the bush. Because she's so real and relatable, we know there are no excuses. If she can do it, we can do it!"*

—Director 5 **Jen Bourbonais**

## Building a Business That Lasts a Lifetime

Since that turning point in 2018, Kimberly has worked tirelessly to develop habits that set her team up for success—consistently following through on the Seven Critical Business-Building activities, developing leaders, and converting homes to Melaleuca products. She advanced to Executive Director just weeks after returning home from Road to Executive Director. And by her first anniversary since enrolling with Melaleuca, she had advanced to Executive Director 6.

After the unusually rapid growth that marked the first year of Kimberly's business, things started to slow down a little. But she continued to inch on toward her goal of advancing to National Director. Coinciding with her second Melaleuca anniversary, Senior Vice President of Sales Darrin Johnson surprised Kimberly and Art with the news that they had advanced to National Director and earned a $111,755 monthly check!

How has Kimberly accomplished so much in the past three years? She spent several months working closely with her team on 5:30 a.m. video calls. She consistently did the Seven Critical Business-Building Activities. She participated in the 2019 and 2020 Corporate Fast Tracks. And ultimately, she led by example—regularly presenting *Melaleuca: An Overview*, leading Strategy Sessions, and enrolling new customers.

In fact, almost every month since she enrolled, Kimberly has achieved Circle of Influence or Expanded Circle of Influence by personally enrolling new customers. In just the last year, she enrolled an average of 13 new customers each month!

Kimberly's hard work has paid off in big ways for her family. Nearly two years after enrolling, Kimberly and Art love the flexibility of their Melaleuca business as it fits with their growing family's schedule. In March of 2019, they moved from California to Northern Idaho to provide a better home for their children. And throughout the past year, they've been working through the process of adopting a 16-year old girl from Ukraine—and are now adopting her best friend too!

When Kimberly started building her business, she would be with the kids all day trying to get some things done. But as soon as Art walked in the door, she would hand the kids over to him and lock herself in her room to do video calls late into the night. Now she's grateful to have Art's support at home so she can better focus on her business.

"The beginning of my business was a different, crazy time for us," Kimberly says.

"That's why I don't tolerate new builders having a lot of excuses with this business because I was taking care of my family while dealing with Maxine's health issues and tantrums and still made it work."

Kimberly's recent advancement in April from National Director 5 to National Director 9 happened the same month her fourth child was born—baby June. "This is the biggest blessing that Melaleuca gives us," Kimberly says. "I can have a newborn baby who wants to stay in bed and nurse all morning, and I can do that. I can send messages and get info out to the team for all the video calls we will have in a week—all while sitting and holding my daughter. And when I finish, I can go outside and play with my kids before coming back in to work for a few hours while they are down for a nap or after they go to bed. It's just incredible!"

Today, Maxine is six and lives a functional and full life with the help of a back brace she will continue to wear into her teens. And while there are likely more surgeries and therapies in her future, the McCauleys are no longer worried about how to afford the treatments she needs. And it's all because of Melaleuca.

"It's been so long since we've talked in depth about what life was like before Melaleuca," Kimberly says. "And to think about living in my dad's garage or what happened with Maxine—I never want to forget who I was back then. If we hadn't found Melaleuca, where would we be today? If there's anything you should know about Melaleuca, it's that it takes work and consistency with the tools that have been given to us to be successful. As you work toward your goals, you don't have to be scared about what the rest of your life is going to look like."

"Kimberly and Art just bought a house and remodeled it, are in the middle of an international adoption, and just had a baby. Kimberly has her hands full! But she still manages not only to work her business but be number one and just blow past everyone. It's incredible to watch her work. And it's so much fun to work alongside her. She really does have such a big heart and she really wants everybody to win. She loves just helping others earn their first check, even if it's just $100."

—Executive Director 3 **Breana Borchers**

## Businesses That Work Together Grow Together

"I may be Marketing Executive of the year, but that's just a title," Kimberly says. "I didn't get here without my team doing all the things that they did. My team lights up my life! They are what get my feet touching the floor in the mornings."

Kimberly and her team are serious about getting to work every day. And they start early! Monday through Friday, a different member of the team runs a working video call—Director 8 Ursula LaForm at 4:00 a.m., Executive Director 6 Shawna Lambert or Executive Director 2 Breana Borchers at 7:00 a.m., Kimberly at 11:00 a.m., and Director 4 Sarah Cullison at 7:00 p.m. (all Pacific Time.)

Generally, each day has a specific focus. Mondays are all about customer service. Tuesdays focus on Strategy Sessions. On Wednesdays they help each other invite contacts to their virtual Wednesday night Overview. Thursdays they often talk about contact lists and social media. And Fridays are usually for following up! But no matter what the planned topic is, they make sure to address any questions or any issues the team brings up.

The result? Kimberly's team has enrolled 8,646 Members so far. There are 451 Directors throughout their organization. And their team's retention rate just exceeded 96%!

"We may be a team of misfits," Kimberly explains. "I have neon pink hair and most of my organization are not who you might expect to see succeeding at Melaleuca. They're just moms—really hardworking moms—and they have helped me develop into a National Director 9. I run a lot of the working video calls and I give a lot of the ideas, but the reality is that at the end of the day they do the work. If they don't show up and do the work, none of this happens." JL



### Calendar Your Activities

What gets scheduled gets done, and no one knows that better than Kimberly. Here is what her typical day looks like.

**5:00 a.m.–5:30 a.m.:** Wakes up

**5:30 a.m.–7:30 a.m.:** Drinks a cup of *Mountain Cabin® Coffee*, looks at her MORE report, and checks on how her team is doing. Works on adding names to her contact list through social media.

**7:30 a.m.–10:00 a.m.:** Kid time

**10:00 a.m.–11:00 a.m.:** Seven Critical Business-Building Activities

**11:00 a.m.:** Runs her team video call

**12:00 p.m.–7:00 p.m.:** Lunch, nap time, scheduled Strategy Sessions with business builders, more Seven Critical Activities

**7:00 p.m.–8:00 p.m.:** Joins team video call

**8:00 p.m.–11:00 p.m.:** Seven Critical Activities, helping others



# How to grow your business with your contact list.



"Your contact list is a critical part of your business. It's the only inventory you'll ever need to have with Melaleuca, and it's what will propel your business forward." That's how National Director 7 Maria Mosca began her Convention 2020 master class on building relationships and making approaches, a virtual workshop attended by tens of thousands of eager Marketing Executives. Here's an excerpt of her insightful remarks—taken from her wealth of wisdom as one of Melaleuca's most successful Marketing Executives.

**National Director 7
Maria Mosca**

WORKSHOP FROM
VIRTUAL CONVENTION 2020

## The message is timeless.

I'm that person who loves to interact with people. I'm that person who goes to networking events. I love building my business in living rooms and getting together with people.

However, even if you're building more on the internet these days, don't forget: the platform may change, but the message remains the same. The message is *delivering wellness*. We're sharing information with others so we can help enhance their lives. We can't take shortcuts. No matter how we present the Melaleuca Overview, we must give our prospective customers the information they deserve so they can make well-informed decisions based on what's best for themselves and their families.

## Who do you talk to?

The lifeblood of your business is making approaches. Your business will prosper at the rate you make approaches each day. That is so critical.

We have many different ways to find and reach out to people these days—whether it's through social media, social connections, or asking for referrals. These are all great ways to boost the number of contacts you can add to your contact list. And use a memory jogger. Ask, "Who can I add to my contact list that I've met recently? Someone who I didn't think of adding before?"

Ask for referrals! Go to your family and friends and ask them, "Who do you know who needs Melaleuca right now?"

You can be the light they are desperately looking for.

Invite previous contacts to come take a second look. Even if they attended a Melaleuca Overview presentation before, you can call them up and say, "Lorrie, I'd love for you to come and take a second look, especially at how you can shop from home and have products delivered to your door. Melaleuca is an essential online shopping club, and I want to share that with you. Maybe you will see something that you didn't see the first time."

Plus, go back to your *no* list. Too often we think, "I'm not going to go back to them! They said *no*!" But here's the thing: most of the time, people are saying *no* because they don't know. It doesn't hurt to go back to that person.

My enroller was the sixth person to contact me and invite me to take a look at Melaleuca. The sixth! The first five people—and they're all great people—just never called me a second time. I was a *no*, but it was *no, not right now*. And no one followed up with me. Follow-up is very critical.

Attend some local networking events as well. Meetup groups in your area are conducting business through web conferencing right now. You can search for meetup groups right in your own backyard, of course, but join some great groups online as well so you can start communicating, get that conversation going, and start building that relationship.

For example, I'm not a baker but I've joined some baking groups. I'm starting some social dialogue and meeting some new friends. And even if the opportunity to share Melaleuca never presents itself, you know what? It's all good! I'm meeting new friends. That's important because you never know what could happen down the road. They might finally say to you, "I always see you so positive with such great energy on social media. What do you do?"

## Create positive energy.

I love to have fun and I like people to join in on the fun. I treat everybody like family. If something exciting is happening, I want to share it with the world! It's not so much about your lifestyle. You want to show that you're living life to the fullest but in a humble way. You're having fun but in a way that other people can interact with you and join in.

For example, create a conversation starter. In one of my posts, I wrote: "When life throws you lemons, you make limoncello blueberry pound cake." I had 233 likes and 72 comments on that post. It was such an easy contact list. I went through it asking, "Who don't

> But here's the thing: most of the time, people are saying *no* because they don't know. It doesn't hurt to go back to that person.

I recognize?" I found someone and reached out to her. I wrote, "Sarah, thank you so much for liking my post. Are you finding yourself baking more these days?"

We started a private message conversation and eventually she asked me, "Are you able to work from home?" I said, "Yes, I'm actually very blessed to work from home. I've been working from home for 21 years." Of course, now she's a customer.

Remember, even though you want it to happen right away, you have to wait for the opportunity to present itself. It's not about, "Who can I get?" It's about, "Who can I help today, and what are their needs?"

## Meaningful conversations lead to appointments.

Let's talk about setting appointments with confidence. The best thing I can suggest to you is this: ditch the pitch. People don't want to be pitched. They want to know you care—that you want to engage in meaningful conversation.

To really engage in a meaningful conversation, ask questions. When you're asking questions, the person you're talking with is going to reveal a lot of needs that you can turn into an approach. Then you can say, "You know, I have someone I recently helped who was in the same situation you're in. I can help you with that."

When they ask, "How are things going with you?" you can say something simple like, "You know what? Things have been great. I'm helping a lot of customers get their essentials to their door at wholesale prices. The company I partnered with— we're meeting demands, and it's been so exciting to be able to help people."

I've seen a lot of people who are posting that their groceries have been delivered. I'll private message them: "Hey, I see you're getting your groceries delivered to you. What service did you use?" And that starts a dialogue where I can eventually say, "Okay, great to know because you know what? I've been getting my essentials delivered to my door." Then, of course, they'll ask, "Oh, where are you getting your essentials from?"

It's about paying attention, doing it over and over, being consistent and diligent, and identifying with them. Get to know how they feel and how you can best help them.

And be prepared for questions. You'll get a lot of questions, and you want to divert those questions into an appointment. I keep it very simple: "You know what, Sarah? You've got a lot of great questions, and I know I can help you. Let's get

These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.