together. Do you have some time right now? We can jump on Zoom, and I can actually walk you through exactly what it is that I've been doing and how I've been helping people like you. I want you to have all the information you deserve to make a well-informed decision. At the very least, see what's in it for you and explore your options."

That takes all of 30 seconds for me to say. And guess what happens? They want to see what's in it for them. They want to explore their options. When you make it about them, then they're paying attention.

## Bring on the *noes*.

You're also going to get people who say, "No, not right now," and that's okay. I'll say, "I totally understand. Timing is everything. And you know what? We'll be in touch. We'll continue this friendship. No worries." I want them to feel comfortable.

I remember going to my very first Convention in August 1999. I was a Director 8 sitting in the audience, and Melaleuca CEO Frank VanderSloot was speaking from stage. He asked, "Do you all want to know the difference between a Director and an Executive Director?" You could hear a pin drop. We were all sitting at the edge of our seats. And the answer he gave was, "The Executive Directors have heard more *noes*." And that's when I told myself, "Okay, I've got this."

*No* just means, "No, not right now." If you have an abundant contact list, if you're doing consistent activity and making it a point to add 10 new contacts to your list,

when you get that *no*, you're okay with it because you have so many other people you are helping. That's where your focus will be. So bring on the *noes*.

> ## No just means, "No, not right now."

## Who can you serve today?

If you want to build a successful, long-term enterprise, you don't close a sale; you open a relationship. It's not about whether you got the enrollment now. How you build your relationship with that new contact is what will determine your outcome in building your business.

Every time I have a conversation with someone and the timing isn't right, I'm making notes—writing down where they were at, where they're going, and why it wasn't a good time—so I know how I can follow up.

I do this even with my current customers. For example, I have a customer in Tennessee who enrolled with Melaleuca back in February 2020. Every month I'm getting to know her a little bit more. In April she shared with me that she was moving to a new home. Well, before she moved, I sent her a message. "I hope your move is seamless and everything goes great. Enjoy your new home." Those little touches show you care—and, genuinely, I do care. When I enroll a new customer, they're part of my family now. When I work with a new business partner, they're my family.

So get out of that mentality of, "I've got to get more enrollments. I've got to build my business." Instead, think, "Who can

I serve today? How can I bring value to their life today? What do they need?" With Melaleuca, we have what they need.

## Be in control of your own success!

The more you do, the more you will achieve. If you're looking to add more contacts, get yourself out there. The more you try, the better you'll get at it. You want to be the best appointment setter you can be because that is what's going to build your business. So commit to the process, even when things are not as pleasant as you would want them to be. Don't confuse a speed bump for a stop sign. Focus on the activity and not the emotion, and that's what will put you in control.

Don't allow someone else's lack of effort to dictate your success. Maybe a new business partner is not getting off to a fast start. It's okay. It's not their time. They're not ready to receive the information to move forward. Love them, respect them, and respect their wishes. In time they will come around.

Then set goals and take action. Show up for yourself—you deserve it! Set incremental goals. That way you see the bigger picture and feel good about your accomplishments, which builds your confidence to keep moving forward. Then maybe Senior Director is not out of your reach after all—neither is Executive and National Director. Set those goals, take action, be consistent with that action, and be diligent and intentional.

Above all, believe in yourself. That's so important! Look in the mirror and say, "I've got what it takes." If you believe in yourself, you'll be unstoppable.

EXHIBIT 4 - PART C

**The content of this article is a small excerpt from a Virtual Convention 2020 presentation.**
Each Convention is packed with practical, useful, and life-changing workshops like this. **Register for Convention 2021** so you don't miss out on powerful trainings that will change your business and change your life. Plus, you'll get early pricing when you register now! **Melaleuca.com/Convention**

CONVENTION | 2021
May 13–15 | Salt Lake City, Utah

# *Share the Gift of Confidence*

## with the Renew® Referral Pack



Help others feel the confidence of amazing skin with the *Renew Referral Pack*!

*Renew* is clinically proven to hydrate and soften even the driest skin. Share it today!

### 10-pack includes:
- 10 referral cards outlining the clinical results
- 10 travel-size *Renew Lotions*

To purchase the *Renew Referral Pack*, visit Melaleuca.com/ShareRenew.
For more shareable information about *Renew*, visit **RenewLotion.com.**

> **The weight is coming off and I've completed a half-marathon!**

# "Peak Performance helped me regain control of my life."

"Prior to having triplets, I lost a lot of weight —100 pounds! When I was pregnant, my body weight doubled. I felt very discouraged. But I just knew I had to keep one leg moving in front of the other. And now, the weight is coming off and I've completed a half-marathon! Through it all, there was one constant—one thing that helped me get up, get moving, stay motivated, and accomplish this goal—it was *Peak Performance*."*

—**Macy Lee** Simpsonville, South Carolina



Visit **Melaleuca.com/MacyLee** to see her full inspirational story. To see all of the clinical results, visit **PeakPerformanceStudies.com**.

* These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.





# Getting Started
## as You Build Your Business

**The first step is a click.**

Starting anything new can be daunting.
Let alone a new business.

Relax...

Melaleuca makes getting started clear and
simple. Melaleuca.com/GettingStarted has
everything you need to begin building your
business. From setting goals for what you
want to achieve to helping team members
become as excited about Melaleuca as you are,
you will find it all at Getting Started. Not only
that, there are hours of valuable coaching and
encouragement from successful Marketing
Executives who once started their journey just
as you are doing today. In fact, Getting Started
will continue to be an indispensable resource at
every step of your journey.

You bring the perseverance and Getting Started
will supply the rest. No one builds alone here,
and we all celebrate success together.

**Welcome to Melaleuca!**

# ☑ Begin my journey today!



**☑ 1 Welcome to Melaleuca!**

**☑ 2 Discover Your *Why***

CEO Frank VanderSloot takes you on a personal tour of the Melaleuca store, and his passion and product knowledge are so inspiring and informative you'll want to take notes! Marketing Executives share how it feels to live a better life on their own terms with Melaleuca.

Digging deep and discovering your reason why you want to build a Melaleuca business is an eye-opening experience. Successful Marketing Executives share how their *whys* fueled their achievements.



**☑ 5 Appointments & Approaches**

**☑ 6 Earn Commissions & Bonuses**

Sharing the life-enhancing potential of Melaleuca is what you want to do, but how exactly do you do it? You'll watch these seven videos not once but many times as you build. They are fantastic!

With a monthly reorder rate of 96% or above, Melaleuca offers true, reliable income. Here you'll find our Compensation Plan, our strong-start Pacesetter Program, and 12 Marketing Executive videos on how to unlock your achievement potential. Buckle up!

Find these resources and more at:
**Melaleuca.com/GettingStarted**



☑ **3 Personal Strategy Session**

☑ **4 Build Your Contact List**

Your first Strategy Session takes the guesswork out of building your business as you and your enroller define your goals, detail the steps to reach them, and set your pace. It will also be the template for all your future Strategy Sessions with new team members as your business grows.

Melaleuca is worth sharing! Eight Marketing Executives coach you on the many ways you can find and reach out to others with life-enhancing Melaleuca. When you incorporate their wisdom and experience into your own style, you can produce amazing results!



☑ **7 Present Effectively**

☑ **8 Provide Strategy Sessions**

This is your moment! Shine when you share the Melaleuca Overview, even when it's your first time to present it! Discover QuickShare PRO presentations customized for your customer and other helpful tools.

Here you'll find how to develop Directors and build an unstoppable team! Learn how to strategize, celebrate success, shift into high gear with Fast Track, and lead by example with purpose and a champion mindset.



**NEW FORMULA**

# A Bedtime Story

**Proprietary Botanical Blend**
Helps you relax sooner

**Quick-Release Melatonin**
Helps you fall asleep faster

**Time-Release Melatonin**
Helps you stay asleep longer

"The new formula made all the difference in the world for me.
I've been getting an absolute wonderful night's rest for the last three months!"

—Melaleuca CEO Frank VanderSloot

Once upon a time, you were getting all the sleep you needed. And you felt better because of it. But perhaps you've had a harder time getting to sleep lately. Maybe things like stress, a change in your schedule, or hard-to-avoid distractions are disrupting your normal sleep pattern. As a result, there's a yawning gulf between you and your sweet dreams.

You've got to get the sleep you need! Good sleep is essential to you feeling like you again—mentally sharp, physically energetic, and emotionally in control. Every part of your body, from your brain to your toes, relies on you getting those Zs. That's where new and improved *RestEZ*™ enters the story.

**Relax sooner with our proprietary botanical blend.**

A good night's sleep starts with getting ready for bed. That means feeling calm and relaxed. New and improved *RestEZ* features an updated blend of three botanicals known for their soothing, sleep-promoting properties. Each of these botanicals is included in clinically tested levels for true efficacy.

**Ashwagandha •** A root extract of the *Withania somnifera* plant, ashwagandha is a revered traditional ingredient shown by research to help reduce occasional stress.*

**Valerian Root •** Used anciently by the Greeks and Romans, valerian root (*Valeriana officinalus*) is thought to produce a calming effect on the body to help you get to sleep.* You may notice its distinctive, earthy smell when you take *RestEZ*!

**L-theanine •** L-theanine, a relaxing compound naturally found in green tea, is thought to help reduce occasional stress by increasing alpha activity and dopamine levels in the brain.*

**Fall asleep faster and stay asleep longer with quick-release and time-release melatonin.**

Did you know? When the lights go down, your pineal gland—located in your brain—naturally begins to produce a potent hormone called melatonin. This melatonin sends your body into the restful, ready-to-sleep mode that allows you to drift off soon after climbing into bed.

New *RestEZ* gives you a total of 5 mg of controlled-release melatonin. Forty percent of this melatonin is released immediately to help you fall asleep faster. We call this **quick-release melatonin.** The rest of this melatonin is released gradually over a period of seven hours. We call this **time-release melatonin.** By entering your bloodstream gradually, time-release melatonin helps you stay in that restful state longer into the night.*

So let new and improved *RestEZ* come to your rescue. Go to bed feeling more restful—and sleep happily ever after!* ✖



Ashwagandha          Valerian Root          L-theanine          Quick-Release &
Time-Release Melatonin

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

# Vitamin C
## Collection

## Radiant by Nature

Introducing our brand-new Vitamin C Skin Defense Collection!

### What it does
Fights the appearance of dark spots, damage, and discoloration.

### Who it's for
Those with dull skin or anyone concerned with dark spots and hyperpigmentation.

### Main benefits
- Deeply cleanses and moisturizes dry, dull skin
- Diminishes the appearance of age spots and discoloration
- Neutralizes and protects against outside irritants and environmental damage
- Improves overall skin texture and appearance
- Balances the look and texture of the skin

### Products in collection
1. Gentle Exfoliating Cleanser
2. Defense & Repair Treatment Serum
3. Daily Defense Cream
4. Cream-to-Oil Overnight Repair
5. Exfoliating Mask



## Our Vitamin C Collection gets a glowing review!

"I love everything about it, but the refreshing scent is one of my favorite things! It smells so good but it's not overpowering. I also love that this collection has made my skin feel smoother while diminishing my dark spots from sun damage. One of my team members recently asked me what I've been doing to my skin because it's so bright and glowy. I used to have dry patches and stuff like that—now they're totally gone! Plus, I love that this collection is hydrating but not greasy. It's super light on the skin. Oh, and I adore the fact that it's cruelty-free."

*—National Director 9 Rachaell Ko*

**WANT EVEN BETTER RESULTS? TRY THIS:** Incorporate the *Deep Marine Sea Toner* into your Vitamin C regimen right after cleansing morning and night.



# PROBIOTICS
## FOR THE WHOLE FAMILY*

### FLORIFY® DAILY PROBIOTIC

**Promotes digestive and overall health***

**What's in it?**
A proprietary blend with 7 probiotic strains and 10 billion active cultures.*

An acid-resistant capsule that enables the probiotics to reach your lower intestine.*

**When should I take it?**
Take daily all year long.

### FLORIFY® FOR KIDS

**Promotes digestive and overall health for kids ages 4 and up***

**What's in it?**
A special blend of 7 probiotic strains and 5 billion active cultures, including 3 probiotic strains specifically targeted for kids.*

Comes in a kid-friendly, easy-to-take strawberry powder.

**When should I take it?**
Take daily all year long.

### FLORIFY® DEEP IMMUNE PROBIOTIC

**Promotes a healthy immune system***

**What's in it?**
A proprietary blend with *L. plantarum* HEAL9 and *L. paracasei* 8700:2—both clinically tested to promote a healthy immune system.*

Zinc powered by *Oligo®* and vitamin E for immune health support.*

**When should I take it?**
Take daily, preferably along with *Florify Daily Probiotic*, or whenever you feel your immune system needs extra support.*

## Save big on the *Florify Family Pack*!
## Visit Melaleuca.com/FlorifyFamilyPack to learn more.

* These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.



# THE POWER TO BURN FAT FASTER

## Let's Start with a Story

You have just won an all-expenses-paid trip to the vacation destination of your choice! However, there are two stipulations that must be met in order for you to travel. The first is that you have to drive to your destination. Second, you are required to have a representative of the company granting the vacation in the front passenger seat while you drive. Other than those two tiny obligations, the world is your oyster.

After packing quickly, you usher the family into your car and meet the company representative named Aden. After brief introductions, Aden signals for you to start your journey. Excited to reach your goal, you put the car in gear and press the gas. Just as you start to move, though, Aden reaches over and yanks on the hand brake.

You're shocked. Who does this guy think he is? You release the brake and start moving again. Just as you're getting up to speed, Aden yanks the brake a second time. Confused and a bit frustrated, you repeat the process only to have Aden pull the brake a third time. After several more attempts to drive with no brake, you realize you need to be content moving very slowly toward your goal with the hand brake on the whole time. It will be slow and harder than you thought, but if you stick with it, maybe you'll get there. Aden sits back, content. "Why waste all of that good fuel in the tank?" he smiles. Most everyone would agree that this situation would be terribly frustrating. Many people would likely get so upset they would simply give up and cancel the vacation altogether! Unfortunately, though, this tale is all too real.

## The Problem

Our story of Aden is exactly what happens in your body when you exercise to burn fat. You're excited to reach a goal. You begin exercising. A pesky little compound called adenosine triphosphate pulls the brake on your body's mechanism that burns fat. Adenosine doesn't stop the fat-burning process completely, but it slows it drastically, making it so you have to work longer and harder to burn the fat.

But you don't need to fight with adenosine anymore. Thanks to Dr. Larry Wang and his years of studying hibernating ground squirrels, there is a way to minimize the effects of adenosine and burn fat faster. It's called *Access*, and it's truly amazing.



"I was curious about how these squirrels burn fat on command," Dr. Wang says, "yet humans still put the fat on. We have a hard time losing that fat. So I wanted to know why we can't burn fat on command."