Dr. Wang was fascinated by physiology, particularly in the area of fat metabolism. In order to better understand the fat-burning process in humans, he studied ground squirrels for more than 20 years. He found that these remarkable mammals hibernate for six to eight months a year with no food or water yet somehow stay warm enough to survive harsh winter temperatures. They are able to do this by essentially burning fat on command.

"I was curious about how these squirrels burn fat on command," Dr. Wang says, "yet humans still put the fat on. We have a hard time losing that fat. So I wanted to know why we can't burn fat on command."

## Fat Is an Asset

Through his studies, Dr. Wang came to understand that our bodies need fat to operate correctly. However, as he continued to study metabolism, he realized something very important. "Fat is an asset," he says. "Fat is a good thing, and because it's a value-added asset to our survival, our bodies have to guard it. Therefore, there must be a protective mechanism guarding its misuse and abuse."

Further study led Dr. Wang to his landmark discovery. Unlike ground squirrels, humans have a natural fat guard in adenosine that naturally slows our ability to burn fat. Not only that, but even as we get into the fat-burning cycle, adenosine triggers muscle weakness and fatigue, making our efforts to burn fat more exhausting. In addition, slowing fat burn forces the body to burn glucose (sugar), which requires a large amount of oxygen. If muscles can't get enough oxygen to burn glucose, lactic acid builds up, causing more muscle weakness, fatigue, soreness, and further exhaustion. The result: it's hard to access the energy stored in the fat you want to burn.



## WITH ACCESS, YOUR WORKOUTS ARE WORTH IT!

## The Solution

Dr. Wang wasn't content to just let humans be stuck with adenosine and our slow fat-burning process. After countless tests and years of research, Dr. Wang discovered that there is not only a way to effectively and safely block adenosine but that it could be done using natural ingredients. The problem of adenosine and slow fat burn has finally been solved—and Melaleuca is proud to offer the very delicious solution to the world. Dr. Wang found that of all things a certain type of xanthine called theobromine which is found in cocoa, holds the key to blocking adenosine. That's right, cocoa. Chocolate. But it has to be the right cocoa delivered in the right amount in the right combination with other ingredients.

## Access: Releasing the Adenosine Hand Brake

For years, millions of people around the world have benefited from the theobromine in *Access*. But Dr. Wang wasn't done. Through his ongoing research and in conjunction with Melaleuca's research and development team, Dr. Wang found another natural ingredient called CLA (conjugated linoleic acid) that also works to give your body the ability to access the power to burn fat faster. Today, these scientists have improved the original *Access* formula by combining theobromine and CLA into a delicious bar that blocks adenosine's natural process for guarding fat, sapping energy, and reducing muscle power. In effect, *Access* releases the brake that adenosine puts on your body's ability to burn fat. With this amazing discovery, you can work out harder and longer than ever before, burn fat faster, and do it with less soreness and fatigue! With *Access*, every second of every workout is more efficient and totally worth it.

## Science Proves the Natural Power of Access

If all this sounds too good to be true, it's not. These fat-burning ingredients have been proven by multiple scientific studies. In fact, CLA alone has been the subject of nearly 20 clinical studies on over 2,000 participants. Each time, it has decreased body fat by as much as 10% while increasing muscle mass by 1.3 pounds—proving that the perfect combination of theobromine and CLA found in *Access Bars* is effective for all body types and all age groups. Nothing is more powerful. There is no other bar like it in the world. Try it yourself. Share it with others. And see how great it feels to put adenosine in its place. ⓗⓒ



### DR. LARRY WANG

Dr. Larry Wang was born in China and grew up in Taiwan. He earned a Bachelor of Science degree from National Taiwan Normal University. He then moved to the United States and earned a master's degree in biology from Rice University in 1967 and a PhD in animal physiology from Cornell University in 1970. He spent the next 35 years teaching and conducting research at the University of Alberta. His credits include:

- Owner of 12 patents—the first received for *Access* in 1993
- Author of 5 books
- More than 150 published scientific reviews and research papers
- Elected Fellow, Academy of Sciences, Royal Society of Canada—the highest academic honor bestowed in Canada
- Recipient of the Friendship Award—the highest honor the government of China bestows on foreign experts
- Cofounder of the Ecological Conservancy Outreach Fund at the University of Alberta

EXHIBIT 4 - PART D   JULY 2020 | MELALEUCA.COM   39

# How **PURE™ Blue Heat Roll-On Muscle Massage** helps you make a
# COMEBACK!



> "This product is now a **staple** in my exercise toolbox because I think it's helped me that much.
>
> —National Director 9 Jason Paulin

These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.

# Q&A

### With National Director 9 Jason Paulin

### Q: What first appealed to you about this product?

A: I work out quite a bit and I demand a lot from myself. It feels like I'm always achy and sore. When I was turned on to essential oils by a massage therapist, I was pleasantly surprised by how well they worked. When I discovered *PURE Blue Heat Roll-On Muscle Massage*, I was drawn to the convenience of it. I like the fact that this product is already put together for me. I don't have to blend it or dilute it—the hard part is already done. That's a game changer!

### Q: Now that you've been using it, how are you liking it?

A: I enjoy the benefits of the topical application because of the immediate cooling and warming sensation. Plus, I love how the smell makes me feel. I get a calming sensation after using it! This is wonderful for me because I'm wound up tight, especially after a heavy workout. I also think the camphorous scent makes me feel like I can breathe better. And I keep coming back to this, but the roll-on bottle is just so convenient. A lot of times in the past I would rub the oil into my skin with my hands. Now there's no mess, and I never have to get my hands dirty.

### Q: How often do you use it?

A: I use my *Blue Heat Roll-On Muscle Massage* every day, both before and after exercise. I'll also use it before bed and when I'm traveling. My wife, Brooke, and I are planning on going on a road trip soon, and this product is going to be key when we do our hikes.

### Q: Where do you use it?

A: The two nonnegotiable spots are on my shoulders and knees. I'm a heavier person and I do a lot of running and calisthenics like burpees that put pressure on my joints. But where I choose to roll it on really depends on what particular exercises I'm going to do that day. I'll roll it onto my elbows, the back of my neck, and my quads.

### Q: Does it make your muscles feel better after exercise?

A: I think it helps reduce some of the negative effects from my workout and makes me feel calm. There's benefit in that alone. The other thing I love about this product is that it's almost like a built-in massage—you get the benefits from both the essentials oils and the roller ball tool, which feels amazing on your muscles.

### Q: Where do you store your Blue Heat Roll-On gel?

A: I have a few bottles, so I keep them in different places. I'm a huge fan of this product! I keep one in my home gym, one in my bathroom, and one in my backpack for traveling.

### Q: Would you recommend this product to a friend?

A: Absolutely. My neighbor runs with me every Wednesday, and I've already got him to add it to his cart. I'll talk to everyone about it because this *Blue Heat Roll-On* is effective, affordable, high quality, and convenient. What else do you need?





# ADVANCE
## REGIONAL CONFERENCE

# 2020
## CALENDAR OF EVENTS

**ADVANCE REGIONAL CONFERENCE**
**9:00 AM–1:00 PM**

ADVANCE Regional Celebration and Mentoring is coming to locations across North America. Team up today, set goals, and advance your business so you can be celebrated at this regional event. Join hundreds of Marketing Executives as you receive mentoring from some of Melaleuca's most successful Presidential, Corporate, National, and Executive Directors and hear from Melaleuca's Executive Team. Bring your team so they can learn how to grow their businesses and their residual incomes. When you advance your business two months prior to ADVANCE, we'll celebrate your success.

**Attend an in-person ADVANCE as a VIP!**

Personally enroll **TWO** Preferred Members in the qualifying month and earn the VIP package:
- VIP registration
- Lanyard
- VIP photo

**New for 2020**

**Attend an in-person ADVANCE as a Circle of Influence VIP!**

Personally enroll **FOUR** Preferred Members in the qualifying month and earn the Circle of Influence VIP package:
- VIP registration
- Lanyard
- Circle of Influence VIP photo
- Reserved seating

**Set goals to qualify for the following awards at ADVANCE:**
- **Director and Above Advancements**: Advance your business in qualifying months to any status Director or above.
- **20/20 Club**: Become a 20/20 Club member by having a total of 20 personal enrollees for the first time in qualifying months, and receive an exclusive Melaleuca tablecloth to use at your events.

For more details regarding qualifying months, go to Melaleuca.com/Advance.

July 2 | **Virtual Road to Executive Director**
(for qualifying Senior Directors only)

July 11 | **Virtual ADVANCE**
Chicago, IL

August 8 | **ADVANCE**
Philadelphia, PA

August 8 | **ADVANCE**
Toronto, ON

September 12 | **ADVANCE**
Kansas City, KS

September 12 | **Virtual ADVANCE**
Minneapolis, MN

October 15–17 | **Standing ELC**
JW Marriott Starr Pass / Tucson, AZ

November 7 | **ADVANCE**
Atlanta, GA

November 14 | **ADVANCE**
Scottsdale, AZ

*Our first priority is the health and safety of our attendees and employees, so dates and details are subject to change. For the latest calendar updates, visit Melaleuca.com/Events.*

**Melaleuca.com/Advance  |  #Advance  |  #DiscoverWhy**

# LEADERSHIP QUEST | 2021



## LEADERSHIP QUEST 2021 / Hyatt Hill Country, San Antonio, Texas / February 4–6, 2021

### QUALIFICATION PERIOD: MAY 2020–OCTOBER 2020

### TO **QUALIFY** FOR YOUR INVITATION, EARN **25 POINTS** BY **OCTOBER 31, 2020**

Earn points by enrolling new Preferred Members and developing leaders.

- **1 point** = new Preferred Member
- **5 points** = new personal Director*
- **5 points** = new personal Director 3*

\* New Directors and Directors 3 must be in status as of October 31 and enroll a minimum of four Preferred Members during the qualifying time frame. Senior Directors and above can qualify for this event; however, the Marketing Executive must have attended Road to Executive Director. In addition, qualifiers must have a retention rate of at least 90%. Retention rate is based on the most current one-month or three-month rolling rate.

For information on how to qualify, visit **Melaleuca.com/Quest.**



# CAR BONUS
## LET MELALEUCA PAY FOR YOUR CAR

## LEAVING A LEGACY

During the summer of 1992, Executive Directors 7 Marc and Carole Selness were looking forward to a fun, relaxing vacation in Florida, hundreds of miles from their home in Minneapolis. On their way to the Sunshine State, they started to have car trouble—and the needed repairs were expensive. So Marc and Carole decided to purchase a new car, trusting that their Melaleuca business would provide the extra funds needed to make their car payments. And it did!

Marc and Carole's business advanced to Senior Director a month after purchasing that new car—and they have been earning the Car Bonus ever since. They have purchased 11 new vehicles since 1992.

"While I worked as a music director for churches in Minneapolis and Marc was a court recorder, our budget was always so tight," Carole says. "Without Melaleuca, it never would have been an option for us to always drive brand-new cars like we have. It really changed our budget to not have a car payment all these years. It's just been a tremendous blessing."

The Car Bonus is a unique Melaleuca benefit the Selnesses have loved sharing with others over the years. "We always talk about the Car Bonus in our Melaleuca Overviews," Carole says. "We often ask, 'How would it impact your budget if you were able to get your car payment covered by Melaleuca?' We explain that though not everyone is able to build a business that qualifies for the Car Bonus, with hard work, consistency, and dedicated leadership, this could be a reality for them. And I always like to walk outside and show them our car before they leave."

Sharing Melaleuca's business opportunity and highlighting the Car Bonus has become a family affair for Marc and Carole. They always seem to talk about Melaleuca at family gatherings. Both of Carole's sisters are National Directors. And in 2006, their daughter Nicole advanced to Senior Director as well.

"We've certainly had lots of adventures over the years. We had lots of late-night driving after presenting Overviews at others' homes hundreds of miles away. I did a lot of them by myself, and I was glad to always feel secure in my vehicle when traveling alone. Our whole Melaleuca journey has been the most incredible experience. And since it's such a family affair, we laugh when our kids tell us to stop talking about Melaleuca at family events!" JL



Executive Directors 7 **Marc & Carole Selness** AZ
2017 Ford Explorer



Executive Directors 9 **Nilsa Salas & Jorge Nieves** PR
2019 Fiat 500L



Executive Directors 6 **Jack & Nancy Mellor** RI
2019 Land Rover Range Rover



Executive Directors 3 **Pete & Sue Barbera** SC
2018 Jeep Grand Cherokee



Executive Director 2 **April Tucker** MI
2018 Mercedes GLE 550





Executive Directors 2 **Saul & Elana Kaye** CA
2019 Tesla Model 3



Senior Directors 9 **Lisa & Robert Longmuir** ON
2019 Chrysler Pacifica



Senior Directors 4 **Pamela & Larry Owen** GA
2018 Ford F150



Senior Director 2 **Fabian Melendez** Mex
2017 Mazda 3



# Enjoy the moment.

### ECOSENSE®

*Sol-U-Guard Botanical® Disinfectant* is **approved by the EPA** to be used against the **coronavirus** when used as directed.*

Did you know that, according to the EPA, indoor air quality may be five times worse than outdoor air quality? Protect your family by disinfecting regularly with *Sol-U-Guard Botanical*, which uses the power of thyme oil and citric acid, instead of spraying disinfectants that use dangerous chemicals.

*COVID-19 is caused by coronavirus. *Sol-U-Guard Botanical* kills similar viruses and therefore can be used against coronavirus when used in accordance with the directions for use against rhinovirus and poliovirus on hard, nonporous surfaces. Refer to the CDC website at www.cdc.gov/coronavirus/2019-ncov/index.html for additional information.



**MAY 2020 LEADERSHIP**
# DEVELOPMENT POOLS TOP EARNERS

**LEADERSHIP DEVELOPMENT POOL BONUSES:**
Qualifying Senior Directors with a Monthly Retention Index (MRI) share in a lucrative pool equal to 0.25% of total company Product Points each month. Qualifying Executive, National, Corporate, and Presidential Directors with a Monthly Retention Index (MRI) share a pool equal to 1% of company Product Points each month.

Your share of the pool is calculated based on the number of pool shares you have versus others who are participating in the pool. You earn pool shares each time a personal enrollee advances in status from Director through Senior Director.

## EXECUTIVE, NATIONAL, CORPORATE, and PRESIDENTIAL DIRECTORS

| STATUS | NAME | STATE/PROVINCE | POOL BONUS |
|---|---|---|---|
| Corporate Director 4 | Jefferson Green | GA | $9,284 |
| National Director 4 | Yeison Ramirez | FL | $8,013 |
| Executive Directors 9 | Geneveve & Sean Sykes | FL | $6,493 |
| National Directors 7 | Adrienne & Michael Sifontes | GA | $5,783 |
| Executive Director 4 | Dianna Forsberg | TX | $5,783 |
| Executive Director 3 | Shontay Salter | SC | $5,783 |
| National Directors 5 | Kimberly & Edward Satterwhite | GA | $5,479 |
| Executive Directors | Marlaine Lefrancois & Richard Vallee | QC | $5,479 |
| Executive Directors 4 | Sylvain Laplante & Monique Pothier | QC | $5,114 |
| Executive Directors 3 | Maria & Bryan Pereira | FL | $4,870 |

## SENIOR DIRECTORS

| STATUS | NAME | STATE/PROVINCE | POOL BONUS |
|---|---|---|---|
| Senior Directors 9 | Chris Winik & Lorelei Vandendriessche | ON | $4,065 |
| Senior Directors 9 | Gabriel & Stephanie McDaniel | TX | $2,726 |
| Senior Directors 9 | Robby & Jessie Ellison | WV | $2,203 |
| Senior Directors 9 | Lisa & Robert Longmuir | ON | $2,181 |
| Senior Directors 9 | Carol & Stephen Baxter | LA | $2,066 |
| Senior Directors 4 | Nicole & Changa Cooper | TN | $1,542 |
| Senior Directors 4 | Margarita & Thomas Marshall | NY | $1,487 |
| Senior Director 4 | Frank Jalbert | QC | $1,454 |
| Senior Director 7 | Damon Moats | MD | $1,405 |
| Senior Director 3 | Cynthia Taylor-Iwankow | MB | $1,388 |

These results are not typical. Please consult the Annual Income Statistics on page 52 for typical results.

# Melaleuca Rewards Visa Card®

*Another Great Benefit for Melaleuca Members*

## Earn Loyalty Shopping Dollars

every time you shop with the Melaleuca Rewards Visa Card!

**$100** in Loyalty Shopping Dollars after your first purchase*

**6% BACK** on Melaleuca purchases

**4% BACK** at gas stations, grocery stores, and restaurants

**2% BACK** on all other purchases

**No Annual Fee!**



"I use my *Melaleuca Rewards Visa Card* pretty much every day. I love it because every time I use it, I know **I'm going to get free Melaleuca products!**"†

**Cindy K.**
*Melaleuca Rewards Visa* cardholder since March 2018

Redeem your Loyalty Shopping Dollars to get even more of the Melaleuca products you love.



### Apply now at Melaleuca.com/Visa

\* Subject to credit approval. Within 90 days of account opening.
† This customer testimonial is an independent opinion and view from a *Melaleuca Rewards Visa Card* member. Testimonials are not edited by Melaleuca or the issuing bank. Products and benefits mentioned in testimonial reviews may change over time.

*Another Great Benefit for Melaleuca Members*



# Keep your identity yours.

## InfoGuard Advanced Identity Protection

Guard your personal information, money, credit worthiness, and good name at a price you'll only find at Melaleuca.



### Only $5 to get started!

Melaleuca partnered with *InfoGuard* to bring you Advanced Identity Protection at an incredible value!

- Monthly plans from $7.99 to $29.95
- Earn 2–8 Product Points toward your 35 Product Point commitment

### SIGN UP NOW!
### Melaleuca.com/InfoGuard

No company can prevent all identity theft or monitor all transactions. *InfoGuard* does not monitor all transactions at all businesses.





# MELALEUCA 2019 ANNUAL INCOME STATISTICS

## Customers

The majority (**81%**) of those who buy Melaleuca products each month are strictly customers. They're not interested in pursuing the Melaleuca financial opportunity. They just love Melaleuca products. Only a few of them will ever decide to build a Melaleuca business.





## Product Advocates

**8%** of all Melaleuca customers have referred at least one customer but fewer than eight customers. As those customers purchase products directly from Melaleuca, those who referred them receive a small commission. These households are not necessarily interested in the financial opportunity. Their relationship with Melaleuca is primarily because they love Melaleuca products. Their "status" is determined by how many customers they have referred. A Product Advocate has at least one customer. A Product Advocate 2 has referred at least two customers, and a Product Advocate 3 has referred at least four customers. While these individuals may not be considered serious business builders, their customers (like the vast majority of Melaleuca customers) come from word-of-mouth referrals. Therefore, the overall contribution of these individuals is significant.

|  | ANNUAL INCOME | | | PERSONAL CUSTOMERS | | TOTAL ACTIVE CUSTOMERS | | TIME TO ACHIEVE STATUS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | HIGH | LOW | AVERAGE | MINIMUM | AVERAGE | MINIMUM | AVERAGE | SHORTEST | LONGEST |
| PRODUCT ADVOCATE | $2,682 | $16 | $114 | 0 | 1 | 1 | 4 | 1 Mo. | 341 Mo. |
| PRODUCT ADVOCATE 2 | $4,854 | $32 | $249 | 2 | 3 | 2 | 9 | 1 Mo. | 379 Mo. |
| PRODUCT ADVOCATE 3 | $7,241 | $65 | $573 | 4 | 6 | 4 | 20 | 1 Mo. | 324 Mo. |

## Beginning a Business

About one out of nine customers (**11%**) decide to start their own Melaleuca business and eventually achieve Director status, which is considered the first step to becoming a business builder. Directors have made a significant effort (probably spent 50 hours or more) in developing at least eight Melaleuca customers. Those estimated 50 hours could have been spent in a single week or could have been spent over several years. But at some point in their lives, Directors have invested enough time to develop (and maintain) at least eight Melaleuca customers.

|  | ANNUAL INCOME | | | PERSONAL CUSTOMERS | | TOTAL ACTIVE CUSTOMERS | | TIME TO ACHIEVE STATUS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | HIGH | LOW | AVERAGE | MINIMUM | AVERAGE | MINIMUM | AVERAGE | SHORTEST | LONGEST |
| DIRECTOR/ DIRECTOR 2 (89.7%) | $30,045 | $314 | $2,209 | 8 | 16 | 8 | 73 | 1 Mo. | 328 Mo. |





# Initial Leadership Status

Leaders at these statuses have made a more serious effort to build a Melaleuca business. Those who have reached these leadership statuses have not only invested enough time to refer several customers, but they have also helped some of those customers start a business and become Marketing Executives. Those Marketing Executives have, in turn, referred additional customers who purchase Melaleuca products each month. Commissions are paid based on the development of customers and the development of leaders who help others reach their goals.

| | ANNUAL INCOME | | | PERSONAL CUSTOMERS | | TOTAL ACTIVE CUSTOMERS | | TIME TO ACHIEVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| | HIGH | LOW | AVERAGE | MINIMUM | AVERAGE | MINIMUM | AVERAGE | SHORTEST | LONGEST |
| DIRECTOR 3 (3.2%) | $33,814 | $3,641 | $9,476 | 11 | 37 | 47 | 170 | 1 Mo. | 352 Mo. |
| DIRECTOR 4/5 (2.0%) | $49,579 | $5,216 | $15,782 | 13 | 46 | 95 | 316 | 1 Mo. | 285 Mo. |
| DIRECTOR 6/7 (1.0%) | $75,300 | $12,143 | $23,008 | 16 | 55 | 178 | 414 | 1 Mo. | 362 Mo. |
| DIRECTOR 8/9 (0.6%) | $86,996 | $20,502 | $35,988 | 22 | 68 | 290 | 619 | 1 Mo. | 264 Mo. |

# Advanced Leadership Status

Those Marketing Executives who reach Senior Director or above have shown substantial interest and dedication in building a Melaleuca business. While they may not work their businesses full time, it is essential that they invest some time each month nurturing, training, and helping those in their marketing organizations. Melaleuca advocates that Marketing Executives keep their full-time jobs and work their Melaleuca businesses in their spare time. However, some Executive Directors at the higher income statuses do work their businesses close to full time. Melaleuca strongly advocates that Marketing Executives do not quit their full-time jobs until their Melaleuca incomes far surpass the incomes they receive from their full-time employers. Rather, they should add their Melaleuca incomes to their regular incomes, thereby making a substantial difference in their family finances.

| | ANNUAL INCOME | | | PERSONAL CUSTOMERS | | TOTAL ACTIVE CUSTOMERS | | TIME TO ACHIEVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| | HIGH | LOW | AVERAGE | MINIMUM | AVERAGE | MINIMUM | AVERAGE | SHORTEST | LONGEST |
| SENIOR DIRECTOR 1–9 (2.0%) | $219,020 | $27,437 | $67,597 | 21 | 91 | 379 | 1,079 | 1 Mo. | 267 Mo. |
| EXECUTIVE DIRECTOR 1–9 (1.2%) | $738,981 | $64,507 | $164,818 | 36 | 122 | 981 | 2,679 | 2 Mo. | 353 Mo. |
| NATIONAL DIRECTOR 1–9 (0.2%) | $599,653 | $156,132 | $289,718 | 50 | 141 | 2,954 | 5,163 | 5 Mo. | 277 Mo. |
| CORPORATE DIRECTOR 1–9 (LESS THAN 0.1%) | $2,754,600 | $285,424 | $1,165,218 | 98 | 272 | 6,334 | 12,945 | 10 Mo. | 251 Mo. |

The above annual income statistics include all US and Canadian Melaleuca Marketing Executives who were active during all 12 months of the period ending December 2019 and performed the minimum activity required at each status. The incomes stated include all commissions and bonuses actually paid during the period.

For the purpose of these statistics, a Marketing Executive's leadership or developmental status was calculated by taking the highest status achieved and maintained for at least eight consecutive months. The information on this page is not necessarily representative of what any individual Marketing Executive will earn with this program. Any representation or guarantee of specific earnings would be misleading. Success with any business takes hard work, diligence, perseverance, and leadership. Success with Melaleuca will depend on how effectively a Marketing Executive exercises those qualities.



MAKE **CONNECTIONS**
GAIN **PERSPECTIVE**
BUILD **CONFIDENCE**
CELEBRATE **SUCCESS**

&

READY **TO COMMIT?**
Melaleuca.com/Convention

BELIEVE **IN YOU!**



# DISCOVER
# WHY

**CONVENTION | 2021**
May 13–15 | Salt Lake City, Utah





© 2020 Melaleuca, Inc. • 4609 West 65th South • Idaho Falls, Idaho 83402 • 1-800-282-3000 • Melaleuca.com • 07/20 U   101002308
This *Leadership in Action* magazine can be purchased as a single issue (Single 4128).

