Idaho Statesman | IMPACT2020



# Idaho Statesman

BUSINESS

# FTC warns firm owned by Idaho's richest man about marketing claims. Here's what happened

BY JOHN SOWELL

JUNE 09, 2020 04:00 AM

   



Melaleuca Inc. sells a variety of wellness products through independent representatives. The company terminated a contract with a Texas woman on Friday after she made improper claims in a pair of Facebook posts.

**EXHIBIT 6**

Melaleuca Inc. terminated a marketing agreement with a Texas woman the same day the Federal Trade Commission sent a warning letter to the Idaho Falls company.

In its letter Friday, the FTC ordered the wellness-products maker to stop representatives from making unsubstantiated earnings claims as they sought to recruit new sellers during the coronavirus pandemic.

CEO Frank VanderSloot, whose success building Melaleuca has made him Idaho's richest man, told the Idaho Statesman that the woman had been an independent marketing executive for Melaleuca for 14 years and made improper claims. He declined to identify her.

The FTC letter, which did not name her, said social media posts by the woman claimed that new Melaleuca representatives "are likely to earn substantial income."

A Facebook post by the woman cited by the FTC said prospective representatives could earn $400 a month from 20 customers spending $100 a month. The new representative would earn 20% as their share.

"This income will NEVER go away!" the post said.

# Breaking news & more

Sign up for one of our many newsletters to be the first to know when big news breaks

SIGN UP

### MELALEUCA 'RECESSION PROOF,' FACEBOOK POST CLAIMS

A second Facebook post said Melaleuca had $2 billion in annual sales, had survived the Great Recession of 2008 and is "recession-proof." It said prospective distributors could invest $20 and earn $500 in the first month.

"This is a huge opportunity for the common man to bank some of those shareholder profits!" the post said.

The FTC said claims about a business opportunity violate the law if they are "false, misleading or unsubstantiated."

Melaleuca sells nutritional supplements, food, cleaners, essential oils, bath and body soaps and lotions.

## Local news has never been more important

Subscribe for unlimited digital access to the news that matters to your community.

#READLOCAL

"She made statements on there that are unwarranted," VanderSloot said by phone. "She violated like six of our policies, and she knew better."

Using net worth estimates from Forbes, 24/7 Wall St. has listed VanderSloot as [Idaho's richest resident](#).

### 'YOU MADE INACCURATE CLAIMS'

Melaleuca gave a copy of its letter to the woman to the Idaho Statesman with her name blacked out. The letter said posts she made on March 20 and April 26 violated the company's statement of policies and social media guidelines.

"You made several inaccurate claims advertising Melaleuca's business opportunity," wrote Ben Lindberg, Melaleuca's manager of policy administration. "Also, contrary to Melaleuca's policies, you are promoting a business opportunity primarily based on finding people interested in earning money rather than on attracting real customers with genuine interest in Melaleuca's products."

The company informed the FTC of the action it took.

It's not unusual, VanderSloot said, for the company to terminate representatives who violate company polices.

"That's one thing we can't afford to mess around with," VanderSloot said. "We have these policies in place, and if we don't enforce them, they aren't worth anything."

## NOT MULTILEVEL MARKETING, VANDERSLOOT SAYS

VanderSloot has long railed against characterizing Melaleuca as a multilevel marketing company. Those companies, which include Amway and Herbalife, have distributors who buy an inventory of products and make most of their money from products sold by other distributors they have recruited.

On its website, Melaleuca says [81% of the people](#) who buy its products are strictly customers, not salespeople.

It says one in nine customers develop a Melaleuca business. Of those, 89.7% average $2,209 in annual income, while 3.2% earn $9,476 per year on average. Top earners, less than 0.1% of the total, earn an average $1.2 million.

"The FTC was absolutely right to notify us of this marketing executive's Facebook posts," VanderSloot said in a message sent Friday to the company's other independent marketing executives.

Melaleuca has more than 120,000 marketing executives in the United States and Canada. More than 600,000 customers buy products from the company each month, he said.

Business has been booming, VanderSloot said: Melaleuca has its best March, April and May in its nearly 35 years of business. The company [sold more hand sanitizer](#) in March than it usually sells in a year.

"Business is flourishing, and that's one of the reasons we're so serious in protecting it," VanderSloot said.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

**RELATED STORIES FROM IDAHO STATESMAN**

BUSINESS

Idaho biz Melaleuca says it is an essential service, will stay open through lockdown

FROM-THE-OPINION-EDITOR

How to get a 'liberal' bill passed in the Idaho Legislature: Ask VanderSloot for help

MARCH 26, 2020 11:14 AM

FEBRUARY 26, 2020 5:00 AM

**BUSINESS**

### Idaho billionaire announces another $500K to fight debt collection firm led by GOP activist

OCTOBER 10, 2019 6:13 PM



**JOHN SOWELL**  208-377-6423

Reporter John Sowell has worked for the Statesman since 2013. He covers business and growth issues. He grew up in Emmett and graduated from the University of Oregon.If you like seeing stories like this, please consider supporting our work with a digital subscription to the Idaho Statesman.

 **COMMENTS** 



READ NEXT

**BUSINESS**

### Altria expands sales of heated-cigarette as revenue slides

BY MATTHEW PERRONE *AP HEALTH WRITER*

JULY 28, 2020 09:04 AM

**TRENDING STORIES**

### Doctor who treated Samantha Hickey explains circumstances of her death

JULY 27, 2020 5:00 AM

### Coronavirus: Idaho sees deadliest day with 11 deaths reported in 5 counties

JULY 27, 2020 6:21 PM

### Idaho passes 17,000 total COVID-19 cases – an increase of 3,000 in the past week

JULY 26, 2020 6:11 PM

   

Marlboro-maker Altria said Tuesday that cigarette sales continue to decline as it pushes to expand sales of an alternative heated-tobacco product.

KEEP READING →

'Breaks my heart': Boise Police ask officers not to display 'thin blue line' flag in public

JULY 27, 2020 6:17 PM

Former Canyon County prosecutor arrested, charged with felony grand theft

JULY 26, 2020 1:31 PM

# Local news has never been more important

#ReadLocal

Subscribe for unlimited digital access to the news that matters to your community.

#READLOCAL



BUSINESS

Stocks drift lower on Wall Street as gold hovers near record

JULY 28, 2020 8:45 AM

BUSINESS

Former CBS digital chief takes top job at Tinder

JULY 28, 2020 8:37 AM

**BUSINESS**

### Alaska spaceport plans rocket launch after virus slowdown

JULY 28, 2020 8:37 AM

**ENTERTAINMENT**

### Ex-FBI agent Strzok due out with book about Trump, Russia

JULY 28, 2020 8:30 AM

**BUSINESS**

### Workers fear returning to work. Many are resisting the call

**BUSINESS**

### GM's solution to keep a key truck plant running amid coronavirus fears

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

 **IDAHO STATESMAN APP** ➔

**VIEW NEWSLETTERS** ➔

### SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

**LEARN MORE**

About Us

Contact Us

Newsletters

News in Education

Archives

**ADVERTISING**

Place a Classified

Place an Obituary

**COPYRIGHT**

**PRIVACY POLICY**

**TERMS OF SERVICE**