

Attorneys and Counselors
1275 E. Fort Union Blvd., Suite 115
Cottonwood Heights, UT 84047
Tel. (801) 981-8281

Spencer M. Reese
sreese@rprlaw.net
cell (208) 249-0533

September 25, 2018

**VIA EMAIL (ashley_olive@live.com) AND OVERNIGHT MAIL**

Ms. Ashley Olive
1620 Kaleta Pass Lane
League City, TX 77573

      RE: Cease & Desist

Dear Ms. Olive:

      I represent It Works Marketing, Inc. ("It Works!"). As you are aware, It Works! policies prohibit you from directly or indirectly recruiting It Works! Distributors for another network marketing business for six (6) months following the termination of your It Works! business. Since your It Works! business was effectively cancelled on August 18, 2018, the non-solicitation provision of your It Works! Distributor Agreement remains in effect.

      It Works! has discovered that Ms. Stephanie Doss is doing your bidding by recruiting It Works! Distributors for Melaleuca. Your conspiracy with Ms. Doss is highly transparent, and It Works! will not stand idle while you violate your agreement with such gamesmanship.

      It Works! is also aware that you currently host a private Facebook group entitled "Black Diamond Dream Team" and that you post and allow others to post on this site. It Works!' Policies and Procedures are very clear: if you have a Facebook or social media site and you advertised your It Works! business on it, and friends and followers are It Works! Distributors, you must create a new Facebook and/or social media page to promote your new business.

      Therefore, It Works! demands that you immediately discontinue all direct and indirect efforts to improperly recruit It Works! Distributors for Melaleuca, including deleting the "Black Diamond Dream Team" private Facebook group. Should you fail to do so, It Works! will institute legal action against you for breaching your contract, for interfering with It Works!' contracts and business relations, for fraud, and for civil conspiracy. It Works! will pursue damages, injunctive relief, attorney's fees and litigation costs from you. This is the only notice you will receive before It Works! institutes legal proceedings, so I urge you to immediately correct your misconduct.

EXHIBIT 8

Ms. Ashley Olive
September 25, 2018
Page 2

      This letter is written under full reservation of rights, claims, and causes of action.

Sincerely,

*[signature]*

Spencer M. Reese

cc.    Tim Seat
        DJ Poyfair
        Aaron Edington