

EXHIBIT 15