IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| It Works Marketing, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Melaleuca Inc., *et al.*,<br><br>    Defendants. | Civil Action No. 8:20-cv-01743-TPB-TGW |

## NOTICE OF LIMITED APPEARANCE

Comes now, Douglas C. Dreier of Wiley Rein LLP and hereby enters this Notice of Appearance on behalf of Defendant Melaleuca Inc., in the above-captioned case. Undersigned counsel also requests that all pleadings, motions, discovery, notices, orders, and Court filings be served upon the undersigned counsel for Defendant, Melaleuca Inc. ("Melaleuca").

**Melaleuca contests personal jurisdiction in this matter and the proposed temporary restraining order.**

Respectfully submitted, this 4th day of August, 2020.

/s/ Douglas C. Dreier
Douglas C. Dreier, Esq.
Florida Bar No. 104985
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel. 202.719.4988
Fax 202.719.7049
DDreier@wiley.law

*Counsel for Defendant Melaleuca, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record identified below:

| | |
|---|---|
| Ernest J. Marquart, FL Bar No. 905860<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 East Kennedy Blvd. Suite 2800 Tampa, Florida 33602<br>Tel: (813) 229-7600<br>Fax: (813) 229-1660<br>emarquart@shumaker.com | John C.C. Sanders, Jr., TX Bar No. 24057036<br>Katrina Eash, TX Bar No. 24074636<br>Hayden Duffy, TX Bar No. 24097975<br>John Sullivan, TX Bar No. 24098485<br>WINSTON & STRAWN LLP<br>2121 N. Pearl St., Suite 900<br>Dallas, Texas 75201<br>Tel: 214-453-6500<br>Fax: 214-453-6400<br>jsanders@winston.com<br>keash@winston.com<br>hduffy@winston.com<br>jsullivan@winston.com |

*Counsel for Plaintiff It Works Marketing, Inc.*